UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:17-CV-00156-CRS

*ELECTRONICALLY FILED*

AMERICAN SOUTHERN INSURANCE
COMPANY                                                                                               PLAINTIFF

V.

**MOTION FOR ENTRY OF DEFAULT
BY CLERK**

HOWARD E. MITCHELL and
MITCHELL TRANSPORTATION LLC                                                       DEFENDANTS

\* \* \* \* \* \* \* \* \* \* \* \*

Plaintiff, American Southern Insurance Company ("American Southern"), pursuant to Federal Rule of Civil Procedure 55(a), moves the Clerk for entry of a Default against Defendants Howard E. Mitchell and Mitchell Transportation LLC (hereinafter collectively "Mitchell"). In support of its Motion, American Southern states as follows:

On March 14, 2017, American Southern filed a Complaint for Declaratory Judgment against Mitchell [DE#1]. On March 14, 2017, summonses were issued to Mitchell [DE#3]. On April 5, 2017, the summonses were returned to the Court with Mitchell having been served on March 31, 2017 [DE# 5 and DE#6]. Pursuant to Federal Rule of Civil Procedure 1(a)(1)(A)(i), Mitchell was required to file a responsive pleading on or before April 21, 2017. As of the date of the filing of this Motion, Mitchell has not filed a responsive pleading.

Pursuant to Federal Rule of Civil Procedure 55(a), "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." The undersigned provides the attached affidavit that Mitchell, nor anyone acting on Mitchell's behalf have served any papers on American Southern or any representative of American Southern.  (Exhibit 1, Affidavit of Counsel.)

WHEREFORE, Plaintiff, American Southern Insurance Company requests the Clerk to enter a default against Defendants Howard E. Mitchell and Mitchell Transportation LLC.

Respectfully submitted,

LEE A. ROSENTHAL
CASEY BAILEY & MAINES, PLLC
3151 Beaumont Centre Circle
Suite 200
Lexington, KY 40513
Telephone: (859) 243-0228
Email:  lrosenthal@cbmlaw.net

/s/ Lee A. Rosenthal
*Counsel for Plaintiff American Southern Insurance Company*

## **CERTIFICATE OF SERVICE**

On the 25th day of April, 2017, I electronically filed the foregoing document through the ECF system, which will send a notice of filing to all participants appearing on the Panel Attorney Service List.

/s/ Lee A. Rosenthal
*Counsel for Plaintiff American Southern Insurance Company*