UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:17-CV-00156-CRS

AMERICAN SOUTHERN INSURANCE
COMPANY                                                                                                PLAINTIFF

V.

**DEFAULT JUDGMENT**

HOWARD E. MITCHELL and
MITCHELL TRANSPORTATION LLC                                                    DEFENDANTS

\* \* \*   \* \* \*   \* \* \*   \* \* \*

This matter having come before the Court on motion of the plaintiff, American Southern Insurance Company, for Default Judgment (DN 9), and the defendants, Howard E. Mitchell and Mitchell Transportation LLC, having been served with process on March 14, 2017, but having failed to file an Answer or other responsive pleading to the Complaint in accordance with the Federal Rules of Civil Procedure, and the Clerk having filed an Entry of Default (DN 8), and for the reasons stated in the Order entered this date and the Court being otherwise sufficiently advised, it is **HEREBY ORDERED**:

1. That Plaintiff, American Southern Insurance Company is awarded a default judgment against Defendants Howard E. Mitchell and Mitchell Transportation LLC.

2. That any and all claims, including but not limited to claims put forth by Christopher Hale or Rebecca Hale, arising out of the accident on October 2, 2016, on West Main Street in Louisville, Kentucky, as referenced in the Complaint for Declaratory Judgment, are not covered by Policy Number ASI11001. (Attachment 1 to Complaint for Declaratory Judgment [DN 1].)

3. That American Southern Insurance Company has no obligation to defend Howard E. Mitchell and/or Mitchell Transportation LLC for any and all claims arising out of the Accident on October 2, 2016, on West Main Street in Louisville, Kentucky, as referenced in the Complaint for Declaratory Judgment [DN 1].

4. That American Southern Insurance Company has no obligation to indemnify Howard E. Mitchell and/or Mitchell Transportation LLC for any and all claims arising out of the Accident on October 2, 2016, on West Main Street in Louisville, Kentucky, as referenced in the Complaint for Declaratory Judgment [DN 1].

June 9, 2017

**IT IS SO ORDERED.**

**Charles R. Simpson III, Senior Judge**
**United States District Court**